**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  _____

(To be supplied by the court)

Vidal, Fabela #02827-748 _____, Plaintiff    *(pro-se)

v    *** (See Attached: Complaint Sheet Continuation Page)

Ms.Rouse (Surgery Director)*** _____,

Ms.Lindgren (HSA ) _____,

Mr.McClinton (P.A.) _____,

Mr.Resto(M.D.) _____, Defendant(s).

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 30 2020**

JEFFREY P. COLWELL
CLERK

*(List each named defendant on a separate line  If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names  The names of the defendants listed in the above
caption must be identical to those contained in Section B.  Do not include addresses here )*

---

**COMPLAINT**

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5 2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

COMPLAINT - SHEET

(Defendant's Named & Listed)***

Defendant#1:  Ms. Rouse, Surgery Director/ Surgery Decider

Defendant#2:  Ms.Lindgren (Health Services Administrator)

Defendant#3:  Mr. McClinton (P.A.)

Defendant#4:  Mr.Resto (Medical Doctor)

Defendant#5:  Mr.Sterett (Medical Doctor)

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address   Failure to keep a current address on file with the court may result in dismissal of your case* VIDAL FABELA #02827 748
U.S.P. FLORENCE - HI
P.O. Box 7000
FLORENCE, Co 81226

(Name and complete mailing address)

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B   DEFENDANT(S) INFORMATION."*

Defendant 1:    Ms.Rouse (Surgery Director)    U.S.P. Florence
P.O. Box 7500
(Name and complete mailing address)    Florence, CO 81226

(Telephone number and e-mail address if known)

Defendant 2:    Ms. Lindgren (H.S.A.)    U.S.P. Florence
P.O. Box 7500
(Name and complete mailing address)    Florence, CO 81226

(Telephone number and e-mail address if known)

Defendant 3:    Mr. McClinton (P.A.)    U.S.P. Florence
P.O. Box 7500
(Name and complete mailing address)    Florence, CO 81226

(Telephone number and e-mail address if known)

Defendant 4:    Mr. Resto (Medical Doctor)    U.S.P. Florence
P.O. Box 7500
Florence, CO 81226
(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

"B. Defendant(s)   Information (Continuation Page)***

Defendant#5:

> **Mr.**Sterett (Medical Doctor)
> ADX Florence
> P.O. Box 8500
> Florence, Colorado 81226

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s)· (check one)*

[x]   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

<u>  42 U.S.C.1983 ;.   8th Amendment;</u>

_____

[ ]   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

N/A

Defendant 1 is incorporated under the laws of_____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Intentional Delay Of Orthopedic Surgery/Deliberate ***
                                                        Indifference

Supporting facts:

A prison official's deliberate indifference to my serious medical needs has violated the 8th Amendment's prohibition against cruel and unusual punishment. The deliberate indifference that has occured was 'caused' by the U.S.P. Florence Medical Staff, since the named defendants prevented plaintiff Fabela from receiving treatment to fix his shoulder rotor cuffs. The defendant's from December 10th, 2018, until present date 3-17-2020. Have continued to deny Plaintiff the necessary ORTHOPEDIC-Shoulder Surgery. The defendants responsible for the 'Denial and Delay' of plaintiff's seriously needed shoulder rotor cuff surgery were: Ms.Rouse, since she is held with the primary responsibility of scheduling operation 'Medical-Trips'. Ms.Lindgren is the 'gate-keeper' in addition to Rouse. Without there approval and recognition that i need to be given the shoulder surgery by medical professional's capable of treating my condition. I, plaintiff Fabela have suffered severe pain everyday since at least December 10th, 2018. Mr. McClinton; Resto; Sterett; have all allowed unabated my pain and suffering needessly because relief is readily available.

(See: FACTS STATED IN SUPPORT OF PLAINTIFF"S CIVIL SUIT)***

4

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Compensatory Damages in the amount of $50,000⁰⁰. against each defendant.

Punitive Damages $10,000⁰⁰. against each defendant

Actual Damages: ~~$5,000⁰⁰~~ $1.5 million.

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3-25-2020
_____
(Date)

(Revised December 2017)

6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Vidal Fabela,

    Plaintiff/pro-se

                         Civil Action No._____

V.

                        CIVIL  COMPLAINT

Mrs. Rouse, (USP Florence Surgery Director)

Ms. Lindgren (Health Services Administrator, USP Florence)
Mr. McClinton (USP Florence, Paramedic Assistant, P.A.)
Mr. Resto (USP Florence, Medical Doctor)
Mr. Sterett (Medical Doctor, USP Florence);

*** Current Medical Department Staff, Sued In There
Individual Capacity  And  In Their Official Capacities,

## I. JURISDICTION & VENUE

1.    This is a civil action authorized by 42 U.S.C. 1983, and additionally under 28 U.S.C. 1331. This civil-complaint is filed to redress the deprivation, under color of federal law, of rights guaranteed by the 8th amendment's prohibition against cruel and unusual punishment.

    Plaintiff Vidal Fabela, seeks declatory-relief and judgment. This is sought out under 28 U.S.C. 2202.

    Plaintiff, Vidal Fabela's, claims for 'injunction-relief' are authorized by Federal Rules of Civil Procedure Rule 65.

2.    The District of Colorado, namely the U.S.D.C of Denver, is the appropriate venue, since at all times, the 8th amendment violations transpired at U.S.P. Florence, which is located within the 'territorial-jurisdiction' of the USDC of Denver, Colorado. Under 28 U.S.C. section 1391(b)(2).

## II. PLAINTIFFS

3.    Plaintiff, Vidal Fabela; is and was at all times mentioned

Page 1 of 7

herein a federal inmate and confined inmate, that is currently housed at U.S.P. Florence, High-Facility, located in Florence, Colorado.

### III. DEFENDANTS

4.  Defendant, Ms. Rouse, is the current medical-staff member appointed as the 'Surgery Operation Scheduler' who is held chiefly with processing the approval forms and is the person held legally responsible for the 'intentional-delay' of the Orthopedic-Surgery, that plaintiff was previously recommended by St.Thomas More Orthopaedic Services, Centura Health, and based off the prognosis by . Orthopedic Specialist Jacob Patterson, MD.

    And Ms. Rouse, is held primarily with failing to schedule the obvious need for the 'Arthroplasty-Surgery' ...

5.  Defendant, Ms. Lindgren is held legally responsible for the overall administrative operation's of the Health Services Department at U.S.P. Florence, Colorado, and is also one of the approving authorities of plaintiff's needed surgery.

6.  Defendant, Mr. Clinton, Physician's Assistant, P.A., is held responsible for prescribing 'pain-relief medication' and treating inmates for there various ailments, while in the care, custody. of U.S.P. Florence, Colorado.

7.  Defendant, Mr.Resto, Medical-Doctor, at U.S.P. Florence, Colorado is held responsible to sufficiently administer day-to-day pain medications, and necessary serious-related surgeries.

8.  Defendant, Mr. Sterett, Medical-Doctor, at U.S.P. Florence, is a Medical Doctor, who at all times mentioned was the Chief Medical Doctor, whom delayed plaintiff's surgery. (AND PAIN RELIEF MEDICATION)

9.  Each named defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint each defendant acted under the color of federal law.

Page 2 of 7

x 2

IV.   FACTS STATED IN SUPPORT OF PLAINTIFF'S CIVIL-SUIT

I, Vidal Fabela, currently  confined  at  U.S.P. Florence, Colorado, FEDERAL prisoner #02827-748 at the United States Penitentiary Florence, Colorado,  hereby 'swear under the penalty of perjury' the following Statement Of Facts, are hereby made true and correct, and are true.

In or about October, 2018, I submitted a prison e-mail medical request, complaining of the severe-pain being emitted by both of my shoulders rotor cuffs, where i stayed in what felt like constant muscle soreness and extreme, excruciating pain. So, after not being treated for this very painful-feeling, so in an effort to make this constant, throbbing pain  and soreness go away i took some prison commissary ibuprofen. That night and several subsequent nights and day's i have been prevented from getting adequate sleep. The pain is so severe and overwhelming that i am constantly prevented from sleeping. As both of my shoulders felt like a very sharp knife was stabbing & twisting inside of them constantly, non-stop. On a scale from 1 to 10, the pain is a 10-plus.  The current situation today, is that i cannot even lift my left or right arms above my head without extreme pain. I have shown up to sick-call several times, on one occasion in particular and the P.A. McClinton prescribed aspirins and also ordered that i be placed on the X-ray list and get my bones X-rayed. The aspirin or tylenol that he prescribed to battle my bilateral cuff arthropathy had no effect on suppressing the pain. Which does very little if nothing for this specific type of pain being suffered.

page 3 of 7

3

On or about 12-10-2018, i filed a federal prisoner complaint
**BP-8, (Enclosed As Exhibit #1).**  I, had complained of my constant
pain in both shoulders, that causes me to constantly wake-up several
times a night; and how sick call is not helping with treatment.
The prison response is written on bottom of BP-8 (Exhibit #1)
dated 12-31-2018, that simply let me know to go back to sick call line.

On or about January 1st, 2019, i filed my B.O.P. remedy BP-9
complaint to the next-level. **(Enclosed As Exhibit #2).**

That BP-9 complaint stated...'how' i continue going to sick-call almost
everyday of the week, and medical staff continue to provide the
same medical diagnosis of taking 'aspirin' to battle the pain.
And further i complained about how i continue turning in numerous
requests for medical treatment on both my shoulders. And how sick-call
is not treating me period, for an obvious serious injury, and how i
wake-up in the middle night constantly, and in extreme pain.
The federal B.O.P. response is enclosed as **(Exhibit #3) dated 3-28-19**
stating that i was given 5-days worth of Tylenol, and that my bone
X-rays were **negative.** And the B.O.P. would place me on the list for
an M.R.I. exam.  On or about 4-08-19, i filed my medical complaint
to the next-level of B.O.P. Administrative complaint a BP-10
listed **(Enclosed As Exhibit #4).**  In that BP-10 i stated the following:
...the bone x-rays do-not show  tendon/rotor cuff injuries.
And was given no diagnosis of the problem; and how i am still left
by medical staff in constant extreme pain. It can be likened to the
same type of feeling as being 'stabbed' in my shoulders with an
ice pick. And how both of my arms and hands keep falling asleep.
The feeling from this is equated to being 'poked with pins
and needles' and both of my hands are dramatically losing normal
strength in my hand grip. And how i am totally unable or disabled
from lifting either arms left or right above my head without first
having to feel extreme pain & shock. Finally on or about March 30th,
2019, i was given an M.R.I. on both my shoulders. Enclosed is a
2-page copy of the M.R.I. results  on left-shoulder listed as
**Exhibit #5 &**  a 2-page copy of the M.R.I. results conducted for
my right shoulder listed as **Exhibit #6.**  Which showed that 90% of my
'right-rotor cuff tendon'  is ripped apart beyond the ability to

Page 4 of 7

heal itself. And that my (left) 'Rotor-Tendon' is likewise ripped apart beyond the ability to heal itself. I, also have a left 'detached/ripped' bicep tendon. These 'serious-injuries' effect my daily ability/abilities to function during the day or evening without 'severe throbbing pain' and prevents me from obtaining the necessary sleep that i need. On or about 4-29-19, the federal Bureau Of Prisons responded to my appeal listed as (Exhibit #7); whereby admitting that i have 'serious rotor cuff' injuries in both of my shoulders simultaneously, based upon the MRI test results. And then told by 'medical-staff' that i will be re-scheduled to see the 'Orthopedic-Surgeon' . On or about 5-30-2019, i filed to the next-level of available Bureau Of Prisons complaint procedure. In this specific administrative remedy, i complained about 'Medical Neglect & Deliberate Indifference'. Enclosed listed as (Exhibit #8). I, clearly explained how my injuries are not being 'treated' as a medical-emergency., and 'how' my injuries cause me to suffer from the constant extreme-pain. And 'how' the medical P.A. and defendant (McClinton) is always trying to prescribe different types of Bi-polar 'sleep' medication for pain that i am clearly and obviously experiencing, McClinton has prescribed the following medications to help treat the pain, despite the known medical fact that these various medications are not capable nor effectual enough to treat Rotor Cuff Tendon pain: oxycarbizine, aspirin, tylenol, ibuprofen, and then there was one medication that made me nauseated and sick, plus caused me to walk around this prison environment like a drowsy-drunk. And then prescribed: 'Presidone Steroids' just so i could function normally on 3-different occasions.

On or about 7-9-19, i had my blood tested for abnormalities.

*page 5 of 7*

So, on or about 1-30-19, for the first time (Enclosed As Exhibit #9); 2-pages for normal test's and all is good. Then on or about  5-8-19. I was tested for any type of blood diseases (Enclosed As Exhibit #10). That test showed that my blood was clean and healthy. Due to the fact that i cannot workout or lift my arms up without extreme pain and i've never had body fat, i have literally lost over 25-pounds of mass and muscle on both shoulders, arms and upper back . I, went from a normal weight of 165-pounds downward to 135-140 pounds.

My neck and upper body (today as a result of my injury)(i.e., rotor-cuffs). is all skin & bones and resembles that of a cancer-patient's body while suffering the physical abnormalities. I, was told by Florence U.S.P. Medical P.A. McClinton and Dr.Resto, that once i get my MRI results that prove my injuries, they could then treat me. It's been over 12-months since the MRI results and to-date 3/12/2020 or the submission of my Statement OF FACTS,and i have still been denied/delayed my  'shoulder' operation/surgery. I am in constant extreme pain, that is excruciating pain that throbs and burns all day. I have extreme limited  arm movement.  Currently, i am being denied proper medical treatment to the point of cruel and unusual punishment.

The first time a 'contract' Orthopedic Surgeon  came to visit inmates in the year of 2019, was on 6-18-2019. Enclosed is documentation listed as a one page exhibit, known as  Exhibit #11 a doctor Jacob F. Patterson, M.D., he did not even examine plaintiff-Fabela. He falsely lists that i was in the segregated housing unit (SHU) when in fact i was in general population and could have been examined.

Plaintiff, Fabela simply was not called for Orthopedic Interview. This doctor not only incorrectly lists that i was in AD-Seg, but then enters false documentation to fake a synopsis of my health. (I.E. no mood or orientation problems; no chest pain or shortness of breath, no bowel or bladder issues, stec.).  When in fact plaintiff Fabela has terrible mood swings, walking around with 2-dead arms and no sleep. And due to serious weight loss has constant chest pains and shortness of breath. The doctor recommended steroid injections, pending whether or not that does not work the need to see the surgeon in person. On 9-17-19. Plaintiff Fabela has exhausted  all his federal prison appeal remedies

page 6 of 7

On October 23rd, 2019, plaintiff Fabela exhausted his last appeal.
(See Exhibit #13). The last level of appeal response is enclosed
listed as Exhibit #14, dated 9-13-19. And basically states that
Plaintiff Fabela is receiving proper medical treatment.
For his serious shoulder injuries that keeps him in extreme pain
and limits his normal movement and daily functions AND SLEEP.

\*\*\* _____END  OF  STATEMENT  OF  FACTS_____ \*\*\*


**28 U.S.C. 1746**

I, swear under the penalty of perjury that
the above foregoing is true and correct.


/s/ _____ On this _23_ day of _March_____ 2020.

**P R A Y E R   FOR   R E L I E F**

Compensatory Damages in the amount of $50,000.00 dollars
against each defendant.

Punitive Damages in the amount of $10,000.00 dollars each.

page 7 of 7

EXHIBIT
# 1

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._

Inmate Name __Fabela, Vidal__    Reg No __02827-748__
Unit __214__   NO __18-161__    Date __12/10/18__

NOTICE TO INMATE  You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor Please follow the steps listed below

1   State your complaint (single complaint or a reasonable number of closely related issues)

_[handwritten text, illegible]_

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses ))

2   State what resolution you expect. _[handwritten text, illegible]_

Inmate's Signature _____ Date _____

Counselor s Signature _____ Date _____

Department Involved __Medical Dept__ Date Assigned __12/18/18__ Due Date __12/20/18__

Department's Response regarding Complaint _[handwritten text, illegible]_
_[handwritten text] to attend sick call the compound is open and sick_
_call procedures are available fill out the form available to be_
_evaluated by a provider._

Department Head Signature _____ Date __12-18-18__
Unit Manager's Review _____ Date __12/21/18__
Informally Resolved: _____ Date _____

| | BP 1 ISSUED | BP 2 RECORDED | BP 9 ISSUED | BP 9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 12/10/18 | 12-17-18 | 12/31/18 | 12/31/18 | 1/2/19 |
| TIME | 246 pm | | 8:30am | 10:04 AM | 10:16 PM |
| COUNSELOR | _sig_ | MK | _sig_ | _sig_ | OD |

FCC 1330 18A      Administrative Remedy Program      Attachment 1

EXHIBIT #2

UNICOR FEDERAL PRISON INDUSTRIES, INC
LEAVENWORTH KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

12/18/18

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Fabela, Vidal                02827-748      E/A        FLP
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT        INSTITUTION

Part A- INMATE REQUEST  I'VE TURNED IN NUMEROUS SICK CALL REQUEST SINCE OCT. 2018 TO SEE DOCTOR ABOUT BOTH MY SHOULDER ROTOR CUFFS BEING IN EXTREME PAIN. WAKING ME UP SEVERAL TIMES A NIGHT. ON A SCALE FROM 1-10 THE PAIN IS A 10! EVERY TIME WE GO ON LOCK DOWN IT SEEMS LIKE I GOTTA PUT IN NEW REQUEST. TILL FINALLY I FILED SEG. P. 8' ON 12·10·18. AND JUST GOT RESPONSE TO GET BACK IN MEDICAL LINE W/NO RESULT.

ACTION I REQUEST: 1) _____
2) I NEED A SHOULDER ROTOR CUFF EXAM BY DOCTOR.
2) I NEED PAIN-KILLERS.
3) I NEVER HAD A CORAZON SHOT. I NEED A CORAZON SHOT IN BOTH MY ROTER CUFFS ASAP SHOULDERS

JAN. 1st 2019
DATE                                    SIGNATURE OF REQUESTER

Part B- RESPONSE

RECEIVED

JAN 2 2019

ASSOCIATE WARDEN
UNITED STATES PENITENTIARY

_____            _____
DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE            CASE NUMBER 963798-F1

                                      CASE NUMBER _____
Part C- RECEIPT

Return to _____
         LAST NAME, FIRST, MIDDLE INITIAL    REG NO    UNIT    INSTITUTION

SUBJECT _____

_____            _____
DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                              BP-229(13)
                                                                     APRIL 1982

EXHIBIT # 3

**BP-229 RESPONSE**                                    **Case Number: 963798-F1**

Your Request for Administrative Remedy dated January 1, 2019, and received in this office on January 3, 2019, has been reviewed. You allege you have submitted numerous sick call requests since October 2018, to be seen by the physician regarding rotor cuff pain. As relief, you request an exam of your shoulder, pain medications, and a cortisone injection.

A review of the issue(s) raised in your Request for Administrative Remedy has been conducted. The result of the review revealed per your medical record; the physician saw you in April 2018, for a chronic care clinic, documentation states you had vague complaints of leg pain, you had never been on pain medication and the orthopedic clinic was removed.

The next encounter for medical was in January 15, 2019, for sick call for complaints of bilateral shoulder pain. The encounter included an order for Acetaminophen for five days, an order for laboratory tests, and a radiology request for bilateral shoulders. You were to report to sick call as needed. The radiology and laboratory tests were completed on January 30, 2019, they were both negative.

The next medical encounter occurred on January 24, 2019, reporting the Acetaminophen was not effective for the control of the shoulder pain. An order of Ibuprofen was submitted for 14 days, and you were advised to return to sick call as needed.

On February 12, 2019, you reported to sick call for complaints of bilateral shoulder pain. Documentation states the patient as extremely animated during the encounter and does not appear to have any difficulty with upper extremity movement, until specific range of motion tests were performed. A consult for an MRI of the cervical spine and bilateral shoulders was ordered and is pending scheduling. A review of your Trufacs purchases from January 2019 to present, indicate you have not purchased any pain medications.

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

M. A. Stancil, Warden                              3/28/19
                                                   Date

EXHIBIT
#4

**Regional Administrative Remedy Appeal**

AC 4/8/19

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Inhala, Vidal _____ 02927-749 _____ E/1 _____ FLP
LAST NAME, FIRST, MIDDLE INITIAL _____ REG. NO _____ UNIT _____ INSTITUTION

Part A - REASON FOR APPEAL   I WAS GIVEN X-RAYS, WHICH ONLY SHOWED NO BROKEN BONES. I WAS ALSO GIVEN ACETAMINOPHEN AND IBUPROFEN FOR PAIN W/O DIAGNOSING THE PROBLEM, WHICH DOES NOT HELP MY PAIN AT ALL. I CONTINUE TO BE IN CONSTANT PAIN. ON A SCALE FROM 1 TO 10 — MY PAIN IS A 10! THE PAIN WAKES ME UP SEVERAL TIMES A NIGHT, WITH THE FRONT AND BACK OF MY SHOULDERS FEELING LIKE THERE BEING STABBED WITH ICEPICK, AND BOTH MY ARMS FEELING LIKE THEY ARE BEING POKED W/PIN, NEEDLE, AND IM LOSING STRENGTH IN MY HAND GRIP. I CANNOT LIFT MY ARMS ABOVE SHOULDER HIGHTH W/OUT EXTREME PAIN AND SHOCK! FINALLY I WAS GIVEN A M.R.I. ON SUNDAY MARCH 31ST 2019. BUT YET HAV NOT BEEN GIVEN A DIAGNOSIS. THEREBY NO MEDICAL TREATMENT HAS BEEN GIVEN. AND LEAVING ME/APPEALANT IN CONSTANT PAIN. AND THE ABOVE NOTED SYMPTOMS ARE WORSTENING. I AM REQUESTING MEDICAL TREATMENT, TO "CURE" THESE ABOVE LISTED PROBLEMS.

4.8.2019
DATE

SIGNATURE OF REQUESTER

Part B - RESPONSE

_____     _____
DATE                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY   REGIONAL FILE COPY                    CASE NUMBER _____

Part C - RECEIPT                                   CASE NUMBER 963794-R1

Return to _____
LAST NAME, FIRST, MIDDLE INITIAL _____ REG. NO _____ UNIT _____ INSTITUTION

SUBJECT _____

_____     _____
DATE                        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                    BP-230(13)
                                                          JUNE 2002

EXHIBIT
# 5
—



Diversified Radiology
1746 Cole Blvd Suite 150
Lakewood CO 80401

| | | | |
|---|---|---|---|
| **Patient:** | 84772820, DOC | **Date:** | March 30, 2019 09 31 |
| **DOB:** | June 21, 1967 | **ID No:** | 84772820FCC |
| | | **Acc No:** | 90DC6FCC |

Isbela Vidal
02 927-248

**Examination:**     MR MRI LT SHOULDER

## Final Report

**Referred By:** MCCLINTON,

EXAMINATION MRI LEFT SHOULDER WITHOUT CONTRAST 4/16/2019 9.32 AM

INDICATION Chronic bilateral shoulder pain

COMPARISON. None.

TECHNIQUE Routine shoulder MRI protocol using 3 plane proton density and fat-saturated proton density

FINDINGS

Acromion outlet and acromioclavicular joint
Os acromiale with moderate degeneration of the synchondrosis  Acromioclavicular alignment is normal, and osteoarthrosis is mild  Small volume fluid and synovitis in the subacromial/subdeltoid bursa

Rotator cuff
High-grade articular-surface tearing throughout the infraspinatus and supraspinatus is ill-defined There is advanced subscapularis tendinosis without discrete tear. The teres minor muscle and tendon are intact. Enthesopathic changes and cysts are present in the greater tuberosity  No rotator muscular atrophy or edema.

Long head biceps tendon and biceps pulley
A high-grade longitudinal tear of the intra-articular tendon is seen on sagittal image 15  No tendon subluxation  A probable 6 mm intra-articular body is present within the intertubercular groove

Glenohumeral joint and glenoid labrum
Mild posterior subluxation of the humeral head  Large joint effusion with diffuse synovitis and debris  There is probable full-thickness chondral fissuring in the posterior glenoid and grade 2/3 chondromalacia throughout the remainder of the joint  Moderate marginal osteophytosis. Advanced circumferential labral tearing and degeneration  The biceps labral anchor is partially detached  The inferior glenohumeral ligament is intact without thickening or edema

FLP

From +1.303.446 3230                    Tue 16 Apr 2019 11:45:51 AM MDT                    Page 2 of 2



Diversified Radiology
1746 Cole Blvd, Suite 150
Lakewood, CO 80401

| | | | |
|---|---|---|---|
| **Patient:** | 84772820, DOC | **Date:** | March 30, 2019 09 31 |
| **DOB:** | June 21, 1967 | **ID No:** | 84772820FCC |
| | | **Acc No:** | 90DC6FCC |

_Fabola Vidal_

_02827-748_

Miscellaneous
The deltoid is normal


IMPRESSION

1. High-grade articular surface tearing throughout the infraspinatus and supraspinatus is ill-defined No differential tendon retraction or muscular atrophy

2. Advanced subscapularis tendinosis without tear

3. A longitudinal split tear of the long head biceps tendon extends from the biceps labral anchor to the bicipital groove

4. Moderate-severe glenohumeral osteoarthrosis  Large joint effusion with debris and synovitis

5. Os acromiale with moderate degeneration of the synchondrosis

Thank you for the referral of this patient. This examination has been interpreted by a board certified radiologist with Diversified Radiology who is fellowship trained in Musculoskeletal Radiology  If there are any questions, please feel free to reach us at 303-446-3223.

SLOT 14

Electronically signed by. Gregory Broering, M D
4/16/2019 11 42 AM

EXHIBIT #6

Diversified Radiology
1746 Cole Blvd, Suite 150
Lakewood CO 80401

# DIVERSIFIED

| | | | |
|---|---|---|---|
| **Patient:** | 84772820, DOC | **Date:** | March 30, 2019 09 29 |
| **DOB:** | June 21, 1967 | **ID No:** | 84772820FCC |
| | | **Acc No:** | 90DC5FCC |

Fabela, Vidal
62827-748

**Examination:**     MR, MRI RT SHOULDER

## Final Report

**Referred By:** MCCLINTON,

EXAMINATION  MRI RIGHT SHOULDER WITHOUT CONTRAST 4/16/2019 9.31 AM

INDICATION. Bilateral shoulder pain and weakness

COMPARISON: Contralateral shoulder MRI from the same day

TECHNIQUE: Routine shoulder MRI protocol using 3 plane proton density and fat-saturated proton density.

FINDINGS:

Acromion outlet and acromioclavicular joint
Type II acromion morphology  Alignment is normal  Mild acromioclavicular osteoarthrosis  There is downsloping of the lateral acromion. No subacromial spur  Small volume fluid and synovitis in the subacromial-subdeltoid bursa

Rotator cuff
A high-grade, articular surface tear in the anterior supraspinatus tendon insertion measures 10 mm AP by 6 mm transverse and involves up to approximately 90% of the transverse tendon thickness  There is ill-defined low-grade articular surface and interstitial tearing in the distal infraspinatus and subscapularis  Muscle edema in the infraspinatus is likely secondary to a low-grade strain  Advanced teres minor muscle atrophy  There is no muscle atrophy in the remainder of the rotator cuff  Prominent enthesopathic changes and cysts are present in the greater tuberosity

Long head biceps tendon and biceps pulley
Mild intra-articular long head biceps tendinosis  Fluid and synovitis is present in the tendon sheath.

Glenohumeral joint and glenoid labrum
Alignment is normal  Moderate joint effusion with mild synovitis.  A full-thickness chondral defect in the superior humeral head measures 14 mm transverse. Mixed grade 2/3 chondromalacia of the glenoid and medial humeral head  Small marginal osteophytes are present throughout the

PCP

From +1.303 446 3230                 Tue 16 Apr 2019 11·31:34 AM MDT                    Page 2 of 2

**DIVERSIFIED**

Diversified Radiology
1746 Cole Blvd, Suite 150
Lakewood, CO 80401

| Patient: | 84772820, DOC | Date: | March 30, 2019 09.29 |
|---|---|---|---|
| DOB: | June 21, 1967 | ID No: | 84772820FCC |
| | | Acc No: | 90DC5FCC |

*Gabela Vidal*
*02-927-748*

joint space  Moderate circumferential labral fraying and degeneration  The inferior glenohumeral ligament is intact without thickening or edema

Miscellaneous
The deltoid is normal

IMPRESSION.

1. High-grade articular surface tear in the anterior supraspinatus insertion -The tear measures 10 mm·AP and involves 90% of the transverse tendon thickness · Mild tendon retraction measures 6 mm -No muscle atrophy

2. Ill-defined low-grade interstitial and articular-surface tearing in the distal infraspinatus and subscapularis · Infraspinatus muscle edema is compatible with a low-grade strain.

3. Severe teres minor muscle atrophy is compatible with chronic denervation.-No mass occupying lesion is present in the quadrilateral space

4  Mild-moderate glenohumeral osteoarthrosis  There is full-thickness cartilage loss in the superior humeral head · Moderate joint effusion

Thank you for the referral of this patient  This examination has been interpreted by a board certified radiologist with Diversified Radiology who is fellowship trained in Musculoskeletal Radiology. If there are any questions, please feel free to reach us at 303-446-3223

SLOT 14

Electronically signed by  Gregory Broering, M D
4/16/2019 11 28 AM

FLP

EXHIBIT #7

**U. S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 963798-R1

This is in response to your Regional Administrative Remedy Appeal received on April 22, 2019. You allege you have been denied appropriate medical care for your shoulder. For relief, you request treatment for your shoulder.

We have reviewed the documentation related to your appeal. Based on this review, we concur with the manner in which the Warden addressed your concerns. You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary. A review of your electronic medical record indicates you had a Magnetic Resonance Imaging (MRI) diagnostic test completed on March 30, 2019, showing rotator cuff injury in both shoulders. You have been scheduled to see an orthopedic surgeon and this appointment is pending at this time. Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level. You are encouraged to report to sick call if you feel your condition requires further evaluation or has worsened.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response

4/29/19
Date

J.E. Krueger, Regional Director

EXHIBIT #8

**Central Office Administrative Remedy Appeal**

MR. For

PL 4 EXTRA COPIES OF BOTH M.R.I. RESULT

If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any atta h this appeal

| From FABELA VIDAL | 02827-148 | E-A | USP/Flor |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG NO | UNIT | INSTITUTION |

Part A—REASON FOR APPEAL  I SERIOUSLY INJURED BOTH MY ROTORCUFF IN BOTH SHOULDERS" AND TORE MY LEFT BICEPT TENDON IN OCTOBER 2018. THE ATTACHED M.R.I. DATED 3.30.19 PROVES THESE INJURIES, BOTH MY SHOU AND BICEPT ARE IN CONSTANT EXTREME PAIN. I WAKE UP AT LEAST EVERY IN MY SLEEP IN EXTREME PAIN! THE REST OF MY BODY JOINTS (LEGGS; BAC ARE STARTING TO WEAKEN BY NOON, AS IVE BEEN WALKING AROUND FOR O 9 MONTHS W/THESE INJURIES TO WHERE THEY ARE GIVING ME STEROIDS NO JUST TO FUNCTION PHYSICALLY. WHICH ONLY GIVES ME TEMPORARY RELIEF. THEY TRY'D TO GIVE ME 2 DIFFERENT TYPES OF NERVE PAIN MEDS, BUT BOTH MA ME PHYSICALLY SICK (STOMIC) TO WHERE THEY ARE ONLY GIVING ME TYLENOL AND NOTHING FOR PAIN. I GO TO SICK CALL 3 TIMES A WEEK SINCE MY M CR THATS WHEN THEY SAID THEY COULD TREAT ME, BUT NOTHING HAS CHANGE IM BEING NEGGLECTED PROPER MEDICAL TREATMENT TO POINT OF CRUEL AN_ UNUSUAL PUNISHMENT——I I NEED THE MEDICAL TREATMENT AND SURGERI THE M.R.I. PROVES I NEED, AND THERIPY THERE AFTER. AND THE APPOPRIA PAIN MEDICATION FOR THE EXTREME CONSTANT PAIN IM ENDURING! (SEE 2 PAGE M.R.I. ATTACHED)

5.30.2019
DATE

SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED

JUN 11 2019

Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED

AUG 05 2019

Administrative Remedy Section
Federal Bureau of Prisons

_____ DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER. 963798 A1, A2

Part C—RECEIPT

CASE NUMBER:

Return to _____
LAST NAME, FIRST, MIDDLE INITIAL    REG NO    UNIT    INSTITUTION

SUBJECT _____

_____ DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

USP LVN                Previous editions not usable

EXHIBIT #9



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** FABELA, VIDAL | **Facility** USP Florence High | **Collected** 01/30/2019 11 43 |
| **Reg #** 02827-748 | **Order Unit** E04-221U | **Received** 01/31/2019 08 02 |
| **DOB** 06/21/1967 | **Provider** William Resto, MD | **Reported** 01/31/2019 10 08 |
| **Sex** M | | **LIS ID** 025191352 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-146 | mmol/L |
| Potassium | | 4 4 | 3 6-4.9 | mmol/L |
| Chloride | | 104 | 98-108 | mmol/L |
| CO2 | | 22 | 22-29 | mmol/L |
| BUN | | 19 | 7-24 | mg/dL |
| Creatinine | | 0 89 | 0 60-1 20 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1 73m^2
If African American multiply by 1 210
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9 9 | 8 6-10 4 | mg/dL |
| Glucose | | 102 | 70-110 | mg/dL |
| AST | | 15 | 10-37 | U/L |
| ALT | | 19 | 8-40 | U/L |
| Alkaline Phosphatase | | 107 | 49-126 | U/L |
| Bilirubin, Total | H | 1 2 | 0 1-1 1 | mg/dL |
| Total Protein | | 7 5 | 6.3-8 3 | g/dL |
| Albumin | | 4 6 | 3 5-5 0 | g/dL |
| Globulin | | 2 9 | 2 0-3 7 | g/dL |
| Alb/Glob Ratio | | 1 59 | 1 00-2 30 | |
| Anion Gap | | 15 9 | 9 0-19 0 | |
| BUN/Creat Ratio | | 21 3 | 5 0-30 0 | |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 7 3 | 3 5-10 5 | K/uL |
| NRBC% | 0 0 | | |
| RBC | 5 32 | 4 10-6 00 | M/uL |
| Hemoglobin | 15.2 | 12 0-17 5 | g/dL |
| Hematocrit | 45 6 | 38 8-50 0 | % |
| MCV | 85 7 | 76 0-100 0 | fL |
| MCH | 28 6 | 27 0-33 0 | pg |
| MCHC | 33 3 | 28 0-36 0 | g/dL |
| RDW-CV | 13 8 | 12 0-15 0 | % |
| Platelet | 381 | 150-450 | K/uL |
| MPV | 9 7 | 6 9-10 5 | fL |
| Neutrophils % | 75 0 | | % |

Therapeutic decision making should be based on absolute values, rather than percentages

| | | | |
|---|---|---|---|
| Lymphocytes % | 14 9 | | % |

**FLAG LEGEND**    L=Low   L¹=Low Critical   H=High   H!=High Critical   A=Abnormal  A¹ =Abnormal Critical



**Federal Bureau of Prisons**

## FMC Rochester
2110 E Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** FABELA, VIDAL | **Facility** USP Florence High | **Collected** 01/30/2019 11 43 |
| **Reg #** 02827-748 | **Order Unit** E04-221U | **Received** 01/31/2019 08 02 |
| **DOB** 06/21/1967 | **Provider** William Resto, MD | **Reported** 01/31/2019 10 08 |
| **Sex** M | | **LIS ID** 025191352 |

### HEMATOLOGY

| | | | |
|---|---|---|---|
| Monocytes % | 7 6 | | % |
| Eosinophils % | 1 5 | | % |
| Basophils % | 0 7 | | % |
| Immature Granulocytes % | 0 3 | | % |
| Neutrophils # | 5 5 | 1 1-7 9 | K/uL |
| Lymphocytes # | 1 1 | 0 5-4 7 | K/uL |
| Monocytes # | 0 6 | 0 0-1 3 | K/uL |
| Eosinophils # | 0 1 | 0.0-0 7 | K/uL |
| Basophils # | 0 1 | 0 0-0 2 | K/uL |
| Immature Granulocytes # | 0 02 | | 10^3/uL |

THIS BLOOD WORK IS BEING PROVIDED TO PROVE FABELA'S DRAMATIC WEIGHT LOSS AND INABILITY TO USE ARMS AND WEAKNESS IN ARMS AND GRIP, IS SOLELY CAUSE BY SERIOUS SHOULDER (LEFT & RIGHT) INJURY. SERIOUSLY AFFECTING FABELA'S NORMAL LIFE FUNCTIONS!

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High   H!=High Critical    A=Abnormal  A! =Abnormal Critical

Page 2 of 2




**Federal Bureau of Prisons**

## FMC Rochester
2110 E  Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** FABELA, VIDAL | **Facility**  USP Florence High |
| **Reg #** 02827-748 | **Order Unit** E02-116L |
| **DOB**  06/21/1967 | **Provider**  C   McClinton, PA-C |
| **Sex**    M | |

**Collected** 05/08/2019 12 12
**Received** 05/09/2019 09 45
**Reported** 05/09/2019 13 31
**LIS ID**      126191920

## CHEMISTRY

| | | | |
|---|---|---|---|
| Sodium | 142 | 136-146 | mmol/L |
| Potassium | 4 2 | 3 6-4 9 | mmol/L |
| Chloride | 105 | 98-108 | mmol/L |
| CO2 | 22 | 22-29 | mmol/L |
| BUN | 12 | 7-24 | mg/dL |
| Creatinine | 0 95 | 0 60-1 20 | mg/dL |
| eGFR (IDMS) | >60 | | |

GFR units measured as mL/min/1 73m^2
If African American multiply by 1 210
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period

| | | | |
|---|---|---|---|
| Calcium | 9 4 | 8 6-10 4 | mg/dL |
| Glucose | 105 | 70-110 | mg/dL |
| AST | 14 | 10-37 | U/L |
| ALT | 14 | 8-40 | U/L |
| Alkaline Phosphatase | 81 | 49-126 | U/L |
| Bilirubin, Total | 0 8 | 0 1-1 1 | mg/dL |
| Total Protein | 6 7 | 6 3-8 3 | g/dL |
| Albumin | 4 2 | 3 5-5 0 | g/dL |
| Globulin | 2 5 | 2 0-3 7 | g/dL |
| Alb/Glob Ratio | 1 68 | 1.00-2 30 | |
| Anion Gap | 15 2 | 9 0-19 0 | |
| BUN/Creat Ratio | 12 6 | 5 0-30 0 | |

## SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| T4, Free | 1 39 | 0 93-1 70 | ng/dL |
| PSA, Total | 1 16 | <3 50 | ng/mL |

The minimal reporting value is 0 1 ng/mL   Values >0 2 ng/mL are considered evidence of biochemical recurrence of cancer in men after prostatectomy

| | | | |
|---|---|---|---|
| TSH | 1 42 | 0 50-5 00 | uIU/mL |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 8 5 | 3 5-10 5 | K/uL |
| NRBC% | 0 0 | | |
| RBC | 4 98 | 4.10-6 00 | M/uL |
| Hemoglobin | 14 4 | 12 0-17 5 | g/dL |
| Hematocrit | 43 0 | 38 8-50 0 | % |
| MCV | 86 3 | 76 0-100.0 | fL |
| MCH | 28 9 | 27.0-33 0 | pg |

---

**FLAG LEGEND**     L=Low   L¹=Low Critical     H=High   H¹=High Critical     A=Abnormal  A¹ =Abnormal Critical



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** FABELA, VIDAL | **Facility** USP Florence High |
| **Reg #** 02827-748 | **Order Unit** E02-116L |
| **DOB** 06/21/1967 | **Provider** C McClinton, PA-C |
| **Sex** M | |

**Collected** 05/08/2019 12 12
**Received** 05/09/2019 09 45
**Reported** 05/09/2019 13 31
**LIS ID** 126191920

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| MCHC | | 33 5 | 28 0-36 0 | g/dL |
| RDW-CV | H | 15 2 | 12 0-15 0 | % |
| Platelet | | 285 | 150-450 | K/uL |
| MPV | | 10 3 | 6 9-10 5 | fL |
| Neutrophils % | | 76 7 | | % |
| *Therapeutic decision making should be based on absolute values, rather than percentages* | | | | |
| Lymphocytes % | | 15 2 | | % |
| Monocytes % | | 5 9 | | % |
| Eosinophils % | | 1 5 | | % |
| Basophils % | | 0 5 | | % |
| Immature Granulocytes % | | 0 2 | | % |
| Neutrophils # | | 6 5 | 1 1-7 9 | K/uL |
| Lymphocytes # | | 1 3 | 0 5-4 7 | K/uL |
| Monocytes # | | 0 5 | 0 0-1 3 | K/uL |
| Eosinophils # | | 0 1 | 0 0-0 7 | K/uL |
| Basophils # | | 0 0 | 0 0-0.2 | K/uL |
| Immature Granulocytes # | | 0 02 | | 10^3/uL |

## HEPATITIS

| | | |
|---|---|---|
| Hep B Surface Ag | Non-Reactive | Non-Reactive |
| Hep C Ab | Non-Reactive | Non-Reactive |

## SEROLOGY

| | | |
|---|---|---|
| RPR | Non-Reactive | Non-Reactive |

**FLAG LEGEND**     L=Low  Lᴵ=Low Critical   H=High   Hᴵ=High Critical   A=Abnormal  Aᴵ =Abnormal Critical

EXHIBIT
#11

# St. Thomas More
# Orthopaedic Services

**Jacob Patterson, MD**
719 285-2319
Fax: 719-285-2647

✚ Centura-Health.

FLP

DATE OF SERVICE:  06/18/2019

BOP #02827-748

This is a 51-year-old man who has a history of bilateral shoulder pain for many months, weakness in both arms, weakness in his hand grip, suspected bilateral rotator cuff injury. No constitutional symptoms are noted.

PAST MEDICAL HISTORY:  Really unremarkable.

MEDICATIONS:  P.r.n. medications.

ALLERGIES·  PENICILLIN.

REVIEW OF SYSTEMS·  No mood or orientation problems, hearing or vision problems, chest pain, shortness of breath, bowel or bladder issues, bleeding problems, skin problems, or other orthopedic complaints.

FAMILY HISTORY:  Unknown.

SOCIAL HISTORY:  The patient is in seg.

I was unable to see him today.

*[handwritten: PRISON RECORDS WILL REFLECT THAT ON THIS DAY OF RARE VISIT FABELA/PATIENT WAS ON MAINLINE NOT HOLE/ AD-SEG]*

Examination of his studies show that he has had MRIs of both shoulders. On the right side, he has a high grade articular surface tear of the supraspinatus. There is also some interstitial tearing of the subscap and infraspinatus muscles. He has some osteoarthritic changes in the glenohumeral joint as well. MRI of the left shoulder shows moderate severe glenohumeral arthritis as well and tearing of the infraspinatus muscle.

IMPRESSION:  Developing bilateral cuff arthropathy of both shoulders. I would recommend intra-articular steroid injections. Failing that, I would need to see him in person when he is available to come to the clinic.

MODL/JOB#842568/842997637 D:06/18/2019 15:29:43 T:06/18/2019 15:39:57

_____
Jacob F Patterson, MD

---

· Centura St. Thomas More Ortho
DOB: 06/21/1967.
UNIT #:
LOC:  ( )
CORRECTIONAL VISIT NOTE

PT: ~~EXURRA~~, VIDAL
ADM. Fabela
ACCOUNT #:
Jacob F Patterson, MD
(PAGE 1 of 1)

EXHIBIT
# 12

FLP

O2827-748

# St. Thomas More
# Orthopaedic Services

Jacob Patterson, MD
719 285-2319
Fax: 719-285-2647

## Centura Health.

DATE OF SERVICE:    09/17/2019

BOP #02827-748.

The patient is seen today for bilateral shoulder pain.  I have seen him in
the past and felt that he was developing bilateral cuff arthropathy in both
shoulders.  He has had steroid injections without relief of symptoms.  His
main complaint is of pain and weakness in the shoulders.  He says he does
everything at waist level, cannot really elevate either arm.  He also says
that he is becoming weaker and losing weight of late.  He really has no GI
symptoms.  A fairly extensive workup has been done by the BOP staff, and he
has no evidence of chronic or systemic disease that is obvious.  On exam, he
is a fairly healthy-appearing man.  His height is 5 feet 7 inches, weight
about 140.  He says he weighed about 165 roughly 6 months ago.  He has been
in prison a short time, but has several years to serve.

PAST MEDICAL HISTORY:  Unremarkable for medical problems.

PAST SURGICAL HISTORY:  None.

ALLERGIES:  PENICILLIN, ASPIRIN.

MEDICATIONS:  Really only naproxen.

REVIEW OF SYSTEMS:  Ten-system review:  No current mood or orientation
problems.  No fever or chills.  He has lost weight.  He is anicteric.  He has
no bowel or bladder complaints.  No skin problems, focal neurologic deficits,
or other significant orthopedic issues.

FAMILY HISTORY:  Noncontributory.

SOCIAL HISTORY:  He has several years to serve.  No alcohol or tobacco.

PHYSICAL EXAMINATION:  VITAL SIGNS:  Height 5 feet 7 inches, weight 140.
GENERAL:  Very loquacious, healthy-appearing man.  He is oriented x3.  His
mood is appropriate.  He is somewhat anxious.  He is anicteric.  Communicates
well.  Breathing comfortably.
ABDOMEN:  Flat.
SKIN:  Intact.  No peripheral edema.
EXTREMITIES:  Upper extremities show he does have some atrophy about the
shoulders and pectoralis muscles.  He can abduct about 90 degrees.  He can
elevate about 100, but he is weak.  He says his left shoulder is worse than
his right.
NEUROLOGIC:  He is neurologically intact.

---

Centura St. Thomas More Ortho
DOB: 06/21/1967,
UNIT #:
LOC:  ( )
CORRECTIONAL VISIT NOTE

PT: FABELA, Vidal
ADM:
ACCOUNT #:
Jacob F Patterson, MD
(PAGE 1 of 2)

# St. Thomas More
# Orthopaedic Services

**Jacob Patterson, MD**
719 285-2319
Fax: 719-285-2647

### ✠ Centura Health.

IMPRESSION:  Bilateral shoulder weakness with laboratory which supports
rotator cuff disease with mild arthritis.  His laboratory studies show normal
chemistry, normal thyroid, normal PSA and TSH.  He is not anemic.  Has a
negative hepatitis B and C, negative RPR, and he has also negative serology
for HIV.

IMPRESSION:  Progressive shoulder pathology, which may at some point require
a reverse shoulder arthroplasty.  At this point, would recommend an
arthroscopy for diagnosis, debridement, repair, as necessary, understanding
that this may not be his last procedure.

MODL/JOB#930900/854574345 D:09/17/2019 15:17:53 T:09/17/2019 15:55:03

Jacob F Patterson, MD

---

Centura St. Thomas More Ortho
DOB: 06/21/1967,
UNIT #:
LOC: ( )
CORRECTIONAL VISIT NOTE

PT: FABELA, Vidal
ADM:
ACCOUNT #:
Jacob F Patterson, MD
(PAGE 2 of 2)

EXHIBIT
I #13

EO2-116

RECEIPT - ADMINISTRATIVE REMEDY

DATE· AUGUST 26, 2019

FROM    ADMINISTRATIVE REMEDY COORDINATOR
        CENTRAL OFFICE

TO      VIDAL FABELA, 02827-748
        FLORENCE HIGH USP    UNT: E    QTR· E02-116L

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE·APPEAL
IDENTIFIED BELOW

REMEDY ID       963798-A2
DATE RECEIVED   AUGUST 5, 2019
RESPONSE DUE    OCTOBER 4, 2019
SUBJECT 1       MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       PRESCRIPTIONS, MEDICATION

INMATE VIDAL FABELA
RECEIVED THIS ADMINISTRATIVE
APPEAL BACK FROM FLORENCE
U.S.P. -HI UNIT E-A COUNSELOR
CHURCH ON A WEDSDAY
OCTOBER 23rd 2019.
BUT IT WAS LITTERALLY ONLY
3 PAGES, ALL →WRITTEN
APPEALS WERE KEPT FROM
INMATE FABELA THAT HE WROTE.
FABELA POINTED THIS OUT TO E-A
COUNSELOR CHURCH, WHO SAID HE'D
BRING FABELA A COMPLETE COPY
OF APPEAL FORMS FABELA WROTE
ON. BUT THAT FABELA'S EXHIBITS
WERE THROWN AWAY BY THE FEDERAL
APPEALS COORDINATOR, THAT FABELA
WON'T BE ABLE TO RECOUPERATE
THEM, ON OCT.25TH 2019 AT
FLORENCE U.S.P, HI. COUNSSLOR
CHURCH-FINALLY GAVE INMATE
FABELA A COPY OF HIS APPEAL
RESPONSE. MINUS THE EXHIBITS.
I SWEAR UNDER THE PENALTY OF PERJURY
THE ABOVE STATEMENT TO BE TRUE.
RESPECTFULLY
VIDAL FABELA #02827440

**Administrative Remedy No. 963798-A2**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal wherein you allege you injured both your shoulders and
have not received adequate medical care.  For relief, you
request medical treatment and surgery.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Our succeeding review reveals you have been evaluated
by Health Services on multiple occasions for shoulder concerns
and have had adjustments in your health care as clinically
needed.

Further review of your medical record reveals on August 6, 2019,
during your last chronic care evaluation, your provider
prescribed Naproxen.  In addition, you have an approved pending
request with an orthopedic specialist.  Once the specialist
makes further recommendations, a course of care will be
determined.

Your primary care team will continue to make recommendations as
needed.  As recommendations are made, a course of treatment will
be determined.  Given this, we shall defer diagnostic testing
and treatment interventions to the Health Services staff at the
local level.  Based on this information, there is no evidence to
substantiate your claim of being denied appropriate medical
care.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.


---
Date

---
Ian Connors, Administrator
National Inmate Appeals

MY RIGHT KNEE ... I CAN'T SIGN, WALK
UP STAIRS TO CHOW. I NEED A "STILL" PREDNISONE PRESCRIPT.
AS IM GETTING A VISIT FROM MY FAMILY AND I CAN'T SIGN
WALK!

pt to see
10-15-19

Region
note

## USP/ Florence
## Sick Call Request and Medication Refill Form

### IT IS NECESSARY TO FILL OUT THIS FORM AND BRING TO SICK CALL.
ES NECESARIO LLENAR ESTA FORMA Y TRAERLA AL MOMENTO DE FINALIZAR PARA SICK CALL

Select:    Medical    Dental              Selection    Cita Medica    Dental

(Please Print)                                    (Escriba separado)
Name: VIDAL FABELA                              Nombre _____
Register Number: 02821-748                      Numero
Block/Cell: E·A· #116                           Today's Date: 10·15·19
Bloque/celda _____                        Fecha _____

What is your medical problem? I WAKE 2 TORN SHOULDER ROTOR CUFF. 90% OBTAINED.
Cual es su problema medico. MY SHOULDERS ARE USSUED BEYOND THE ABILITY TO
When did your problem begin or how long have you had the problem?  HEAL ITSELF, WHICH KEEPS ME IN CONSTANT PAIN AND
Cuando comenzo su problema, cuanto tiempo lo ha tenido?  MOOD SWINGS. (NEGLECTED) MY SHOULDERS
HAVE BEEN LIKE THIS FOR OVER A YEAR. NOW IT APPEARS ALL MY
JOINTS ARE USSUING FROM INJURIES UNREPAIRED NOW.
Your    last    problem?    I CAN'T SIGN BEND MY LEGS WITH
Cuando fw ustopor utima aezpor    PAIN. I CAN'T WALK UP STAIRS.
suproblema?    NO)  Do you need refills? (Circle one)    YES   NO   I DON'T KNOW
                NO  Necesita medicina/Orcusesas?    X    NO   WHY MY HIP JOINTS
Are taking medicine? one)    YeS                                    ARE IN PAIN. THE ONLY
Esta "10n omediOnos (OreuDeUno) SI                                 THING THAT HELPS ME
                                                                   NOT MOVE LIKE A
Do pu request information from the Pharmacist about put medication?   YES  NOdel   MANICAN IS A
                                                                   PREDNISONE
su medicim?

00 you have any pain? YES NO How severe? (Circle one) Least Pain? 3 •1 Maxium pain Tiene dolor? NO
Cuað tan ? (circule Uno) minjmo 3 4 Maxima dolor


How is the pain?    (Circle one)    Sharp    Dull    Burning    Other

Como es el dolor?    (Circule uno)    Punzante    leve    Abrasgnte    Oro
Have you had an injury?    YES NO    IF, yes where is the pain?
  Seleisono?    Si NO    SI se lesiono donde es el' dolor?    _____

Is the pain?    (Circle one)    Constant    Occayonal
Eseldolot?    (Circuľeuno) Constonte    Ocasional


### DO NOT WAIT UNTIL YOU ARE OUT OF MEDICATION TO TURN IN REFILL REQUEST!!! NO ESPERE A QUE TERMINE SU MEDICACION PARA SOLICITAR QUE SEA RENOVADA!!!

Clinical Use Only

Date and time appointment given _____

HR_____    BP_____    Temp_____    Resp_____

10/10/2018 Jennifer Seroski - Sick Call Form.

Page 1



USP/ Florence
## Sick Call Request and Medication Refill Form

IT IS NECESSARY TO FILL OUT THIS FORM AND BRING TO SICK CALL.
ES NECESARIO LLENAR ESTA FORMA Y TRAERLA AL MOMENTO DE FINALIZAR PARA "SICK CALL"

Select:    Medical    Dental    Seleccion:    Cura Medico    Davotal

(Please Print)
Name: VIDAL-FARGA
Register Number: 02824-748
Block/Cell: E-A. 116
Bloquro/celda

(Escribo separada)
Nombre: VBP FLOR. BSN-116
Numero:
Today's Date: 9.3.19
Fecho

What is your medical problem? BOTH MY SHOULDER ROTOR CUFFS ARE INJURED/TORN BEYOND BEING ABLE TO HEAL BY THEMSELF. AS MY APRIL 2019 M.R.I. SHOWS. AS WELL AS A LEFT DISCONNECTED/TORN BICEPT TENDON. ITS BEEN LIKE THIS FOR A YEAR AND I STILL HAVE NOT BEEN TAKEN TO SURGERY. I'M IN CONSTANT EXTREME PAIN MY WHOLE BODY HURTS FROM WALKING AROUND FOR A YEAR W/NO TREATMENT. THE NGRSE MEDICINE THEY GIVE NG JUST MAKES NG SICK NAUSIATED AND TIRED AND THEY ARE ONLY PRESCRIBING NOTHING FOR CONSTANT EXTREME PAIN. "PREDISONE" IS THE ONLY THING THAT TAKES PAIN ALL THE WAY AWAY MY BODY IS SO STIFF AND IN PAIN FROM WALKING AROUND INJURED THAT I CANT EVEN WALK UP STAIRS. AT TIMES. IVE LOST 25 POUNDS OF PURE MASS MUSCLE. I LOOK LIKE A CANCER PATIENT. I NEED TO SLEEP & FUNCTION W/OUT PAIN. PLEASE. I NEED SOME PREDISONE MEDICAL TREATMENT AND ANY OTHER TREATMENT TILL I GET CALLED FOR MY SURGERY.

When did your problem begin or how long have you had the problem?
Cuando comenzo su problema, o cuanto tiempo lo ha tenido?

Your last problem?
Cuandofw ustopor utima æzpor suproblema?

Are taking medicine? one)    YeS
Fstatä"1Oh'emediOnos fOreuDeUno) SI

Do you need rebill? (Circle one)    NO    YES
Necesita mas medicina/Orcule un?)    SI    NO

Do pu request in%tmation from the Pharmacist about put medication?    YES NOdel
su medicim?

00 you have any pain? YES NO How severe? (Circle one) Least Pain? 3 •1 Maxium pain
Cuad tan ? (circule Uno) minjmo 3 4 Maximo dolor

Tiene dolor? NO

How is the pain?    (Circle one) (Sharp)    Dull    Burning    Other
Como es el dolor?    (Circule uno)    Punzante    leve    Abrasgnte    Oro

Have you had an Injury?    YES NO    IF, yes where is the pain?
Seleisono?    Si NO    SI se lesiono donde es el' dolor?

Is the pain?    (Circle one) (Constant)    Occayonal
Eseidolot?    (Circui'euno) Constonte    Ocasiona!

DO NOT WAIT UNTIL YOU ARE OUT OF MEDICATION TO TURN IN REFILL REQUEST!!! NO ESPERE A QUE TERMINE SU MEDICACION PARA SOLICITAR QUE SEA RENOVADA!!!

Clinical Use Only
Date and time appointment given: _____ / _____

HR_____    BP_____    temp_____    Resp_____

10/10/2018 Jennifer Seroski - Sick Call Form.                                    Page 1



DO NOT WAIT UNTIL YOU ARE OUT OF MEDICATION TO TURN IN REFILL
REQUEST!!! NO ESPERE A QUE TERMINE SU MEDICACION PARA SOLICITAR QUE
SEA RENOVADA!!!

Clinical Use Only

Date and time appointment given:_____  _____/ ___ ___ ____ __ ___

HR_____    BP_____    Temp_____    Resp_____

I WAS SEEN P.A. McCLINTON ON THIS DAY 8.29.19 AT 10:30 A.M.
AND WAS SIMPLY GIVEN MY VITALS PRESCRIBED MOTRINE. AND SENT ON
MY WAY. I'VE BEEN TURNING THESE SICK CALL SLIPS TWICE A WEEK
SINCE OCT. 2018 LAST YEAR. AND AM STILL WAITING FOR SURGERY
WITH COMPLETE NEGLECT OF MY PAIN AND INABILITY TO SLEEP DUE
TO PAIN.

*EXTRA DELAY RECEIPTS ON B.O.P. APPEAL RESPONCES*

EXTENSION OF TII

DATE   AUGUST 26, 2019

FROM   ADMINISTRATIVE REMEDY COORDINATOR
       CENTRAL OFFICE

TO     VIDAL FABELA, 02827-748
       FLORENCE HIGH USP     UNT: E     QTR   E02-116L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT

REMEDY ID         963798-A2
DATE RECEIVED     AUGUST 5, 2019
RESPONSE DUE      OCTOBER 4, 2019
SUBJECT 1         MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2         PRESCRIPTIONS, MEDICATION

*EXCERPT*

*INMATE VIDAL FABELA, RECEIVED THE ADMINISTRATIVE APPEAL BACK FROM UNIT E-A. COUNSELOR CHURCH ON OCTOBER 24TH 2019.*

*I SWEAR UNDER PENALTY OF PERJURY THE ABOVE STATEMENT TO BE TRUE. RESPECTFULLY*

*VIDAL FABELA #02827748*

E02-116

VIDAL FABELA, 02827-748
FLORENCE HIGH USP    UNT   E    QTR   E02-116L
PO BOX 7500
FLORENCE,   CO 81226

# RECEIVED

SEP 3 0 2019

**WARDEN**
**UNITED STATES PENITENTIARY**

Certificate Of Service

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 30 2020

JEFFREY P. COLWELL
CLERK

I, Vidal Fabela #02824448

hereby certify that I sent to the U.S.D.C. Clerk of Denver, Colorado

the foregoing documents, And Mailed On the 24th day of March, 2020.

That Consists of the following:

> C/o Clerk of Clerk
> 901 19th street, Room A/05
> Denver, Colorado 80294-3589

(1) Original Civil Cover sheet

(1) Original Application To Proceed without Prepaying fees or Costs

(1) Original Civil Complaint Application/ And 'Civil Complaint'

(5) Copies Notice of Lawsuit and Request for Waiver and Service

(10) Copies of Waiver of Service of Summons (2) Copies for each defendant

(10) Original Copies Summons in a Civil Action

(Original - 2 copies-for each defendant.

I, Vidal Fabela have filed this Certificate of Service
On the 24th day of March, 2020.

/s/ VIDAL FABELA #02824448
USP. FLORENCE HI
P.O.BOX 7000
FLORENCE, CO. 81226